■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY TELL, Appellant. [715 NYS2d 676] —Resentence unani-

mously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Resentence of Niagara County Court, Hannigan, J.— Resentence.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.